UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   RODOLFO GASCA

CASE NO. 07 B 10609

CHAPTER 13

JUDGE: MANUEL BARBOSA

Debtor  
SSN XXX-XX-8245

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/14/07 .

2. The case was dismissed without confirmation, 10/18/2007.

3. The Debtor paid a total of $ 1866.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| D L RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC TAXPAYER FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RENAWARE DISTRIBUTOR | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER   , was allowed $ 740.00 and was paid $ 740.00 .

The Trustee received $ 45.56 .

Refunds to the Debtor totaled $ 1080.44 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.


Dated: 08/20/08                               /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                                    PAGE   2
         CASE NO. 07 B 10609 RODOLFO GASCA